### ADAMS et al. v. POWER.

No. 10853—Opinion Filed Sept. 19, 1922.

(Syllabus.)

**Appeal and Error—Reversal—Confession of Error.**

The defendant in error having filed a confession of error, the judgment is reversed and remanded for a new trial.

Error from District Court, Logan County; Arthur R. Swank, Judge.

Action by W. F. Power against A. D. Adams and others. Judgment for plaintiff, and defendants bring error. Cause reversed upon confession of error by defendant in error.

H. M. Adams, for plaintiffs in error.

John Adams, for defendant in error.

McNEILL, J. This action was commenced in the district court of Logan county by defendant in error and against plaintiffs in error for possession of real property. Judgment was rendered for the plaintiff and against the defendants, and from said judgment the defendants have appealed.

Plaintiff in error have filed their brief, and the authorities cited seem to support the propositions relied upon. Defendant in error has filed a confession of error.

For the reasons stated, the judgment is reversed, and the cause remanded, with directions to set aside the judgment and grant the plaintiffs in error a new trial.

KANE, JOHNSON, MILLER, KENNAMER, and NICHOLSON, JJ., concur.